People of the State of Illinois, Defendant in Error, v. Hugo Mattei, Plaintiff in Error.

Gen. No. 9,662.

260

opinion filed January 14, 1942; rehearing denied February 27, 1942. Pence B. Orr, for plaintiff in error; James J. Barbour, of counsel; James E. Burke, State's Attorney, for defendant in error. Opinion by PRESIDING JUSTICE HUFFMAN. "Not to be published in full."